United States Bankruptcy Court
District of Puerto Rico

In re:  
CARLOS ALBERTO HENRIQUEZ BAEZ  
    Debtor

Case No. 14-05382-MCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: rodriguez     Page 1 of 1     Date Rcvd: May 12, 2016  
                    Form ID: eoag       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2016.  
db          +CARLOS ALBERTO HENRIQUEZ BAEZ,   PO Box 9793,   CIDRA, PR 00739-8793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2016 at the address(es) listed below:  
           JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com  
           JOSE RAMON CARRION MORALES (LL)    on behalf of Trustee JOSE RAMON CARRION MORALES  
            newecfmail@ch13-pr.com  
           JUAN C FORTUNO FAS    on behalf of Creditor    BANCO POPULAR PR bkfilings@fortuno-law.com,  
            fortuno@ecf.inforuptcy.com;bkfilings602@gmail.com  
           MARIA MERCEDES BENABE RIVERA    on behalf of Creditor    FIRSTBANK PR  
            fblegalcounseling@firstbankpr.com  
           MARICARMEN  COLON DIAZ    on behalf of Creditor    FIRSTBANK PR fblegalcounseling@firstbankpr.com  
           MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov  
           NANNETTE MARIE GODREAU VAZQUEZ    on behalf of Trustee JOSE RAMON CARRION MORALES  
            ngodreau@ch13-pr.com  
           ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor CARLOS ALBERTO HENRIQUEZ BAEZ  
            cmecf@rfclawpr.com,  cmecf.rfclawpr@gmail.com  
                                                                                                                         TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**CARLOS ALBERTO HENRIQUEZ BAEZ**<br><br>**xxx–xx–3385**<br><br>Debtor(s) | Case No. **14–05382 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 5/12/16 |

### ORDER ON ARREARS

This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by Trustee alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #55). Debtor(s) request(s) time to cure the arrears.

Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by 6/13/16.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, May 12, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge